No. 218. THE PEOPLE'S NATIONAL BANK OF CHARLOTTESVILLE, VA., ET AL., APPELLANTS, *v.* JAMES H. SAVILLE ET AL. Appeal from the Court of Appeals of the District of Columbia. Argued, and petition for certiorari submitted, March 16, 1906. Decided March 19, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Paving Company* v. *Mulford*, 100 U. S. 147; *Gibson* v. *Shufeldt*, 122 U. S. 27; *Walter* v. *Northeastern Railroad Company*, 147 U. S. 370; *Chamberlin* v. *Browning*, 177 U. S. 605; *Hale* v. *Allinson*, 188 U. S. 56. Application for writ of certiorari denied. *Mr. D. W. Baker* for appellants

and petitioners. *Mr. Fulton Lewis* and *Mr. John Ridout* for appellees and respondents.